

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8550

November 15, 2023

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Allen I* Severed Damages Actions:

Allen v. Koenigsmann, et al., 23-CV-5651
Gradia v. Dinello, et al., 23-CV-5660
Pritchett v. Lee, et al., 23-CV-5667
Stewart v. Mueller, et al., 23-CV-5667

Defendants Carl Koenigsmann, Susan Mueller, David Dinello, John Hammer, and Kristin Salotti shall have until November 16, 2023, to file their motions for summary judgment in this action and in the actions listed below.  The Clerk of the Court shall also docket this memo endorsement in the cases below:
- Gradia v. Dinello, 23-cv-5660.
- Pritchett v. Dinello, 23-cv-5664.
- Stewart v. Mueller, 23-cv-5668.

**SO ORDERED.**

LORETTA A. PRESKA, U.S.D.J.
11/16/2023

Dear Judge Preska:

This Office represents defendants Carl Koenigsmann, Susan Mueller, David Dinello, John Hammer, and Kristin Salotti (together, "State Represented Defendants") in the above-referenced actions. We write, with consent from Plaintiff's counsel, to respectfully request that the time for State Represented Defendants to file their motions for summary judgment in the above-referenced matters be extended one day, from November 15, 2023 until November 16, 2023.

The reason for this request is that we are experiencing unexpected technical difficulties in communicating with certain required affiants in the above-referenced matters. As such, additional time is required to complete the motions and submit the requisite filings. This is the first request for an extension of State Represented Defendants' motions for summary judgment. This extension does not affect any other deadlines in these cases.

We thank the Court for its attention to this matter.