# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

November 4, 2025

**VIA ECF**

Re:   **Dockery** and **Pritchett** Settlement Referral

Dockery v. Dinello, et al., 23-cv-5658     Pritchett v. Dinello, et al., 23-cv-5664

Dear Judge Preska:

I write to request an extension of Plaintiffs' time to file motions *in limine* for the two-referenced cases until tomorrow, November 5, 2025. Though I sent Defendants' counsel Plaintiff's JPTO with all witnesses and exhibits last Thursday, October 30, 2025, I only received Defendants' submissions for the JPTO at 3:33pm today despite several reminders that I needed Defendants' submission in order to draft Plaintiff's motions *in limine*. While Defendants' counsel had my submissions for six days with which to draft *in limine* motions, they denied me the same courtesy. As my husband and I have an event this evening, I cannot complete the motions *in limine* this evening but will get them in tomorrow.

With thanks for the Court's courtesy.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

```
Plaintiffs' request for an extension
to file motions in limine for the
above-captioned cases until today,
November 5, 2025, is GRANTED.  The
Clerk of Court shall close docket
number 79.  SO ORDERED.
```
_____
Loretta A. Preska, U.S.D.J.
November 5, 2025

---